# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frances Huber,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Sunbeam Products, Inc.; Amazon.com Services, Inc.; DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01776-KJM-EFB<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>District Judge: Kimberly J. Mueller, Dept. 3 |

　　　Based upon the Joint Motion of the parties, and good cause shown, all dates proceeding in this matter are hereby continued as set forth below.

| Deadline or Date | Current Scheduling Order | Requested Order |
|---|---|---|
| Non-expert discovery cut-off | 01/15/2021 | 04/23/2021 |
| Plaintiff's Initial Disclosure of Expert Witness information | 03/22/2021 | 07/12/2021 |
| Defendants' Initial Disclosure of Expert Witness information | 04/05/2021 | 07/26/2021 |

-1-
Order

| Deadline or Date | Current Scheduling Order | Requested Order |
|---|---|---|
| Plaintiff's Rebuttal Disclosure of Expert Witness information | 04/19/2021 | 08/09/2021 |
| Defendants' Rebuttal Disclosure of Expert Witness information | 05/03/2021 | 08/23/2021 |
| Expert Discovery cut-off | 05/17/2021 | 09/10/2021 |
| L/D to hear motions | 05/28/2021 | 10/08/2021 |
| L/D to conduct ADR | 03/31/2021 | 07/31/2021 |

The court will set a Final Pretrial Conference date after the resolution of any dispositive motions, or passage of the dispositive motion cutoff, with a trial date being determined at the pretrial conference or at such time as the COVID-19 crisis has been resolved to a level where the parties, counsel and the Court can meaningfully set a trial date in this matter.

IT IS SO ORDERED.

DATED: October 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-2-
Order