# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frances Huber,<br><br>          Plaintiff,<br><br>    v.<br><br>Sunbeam Products, Inc.; Amazon.com Services, Inc.; DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-01776-KJM-JDP<br><br>**ORDER FURTHER MODIFYING SCHEDULING ORDER**<br><br>District Judge: Kimberly J. Mueller, Dept. 3<br><br>Trial Date:  None |

Based upon the Joint Motion of the parties, and good cause shown, all dates proceeding in this matter are hereby continued as set forth below.

| **Deadline or Date** | **Current Scheduling Order** | **Requested Order** |
|---|---|---|
| Non-expert discovery cut-off | 04/23/2021 | 08/23/2021 |
| Plaintiff's Initial Disclosure of Expert Witness information | 7/12/2021 | 11/12/2021 |

-1-
ORDER

| Deadline or Date | Current Scheduling Order | Requested Order |
|---|---|---|
| Defendants' Initial Disclosure of Expert Witness information | 07/26/2021 | 11/29/2021 |
| Plaintiff's Rebuttal Disclosure of Expert Witness information | 08/09/2021 | 12/13/2021 |
| Defendants' Rebuttal Disclosure of Expert Witness information | 08/23/2021 | 12/27/2021 |
| Expert Discovery cut-off | 09/10/2021 | 01/21/2022 |
| L/D to hear motions | 10/01/2021 | 02/11/2022 |
| L/D to conduct ADR | 07/31/2021 | 12/03/2021 |

The court will set a Final Pretrial Conference date after the resolution of any dispositive motions, or passage of the dispositive motion cutoff, with a trial date being determined at the pretrial conference or at such time as the COVID-19 crisis has been resolved to a level where the parties, counsel and the Court can meaningfully set a trial date in this matter.

IT IS SO ORDERED.

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE